UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LOUIS FAPPIANO                  JURY TRIAL DEMANDED

v.                                        CASE NO. 3:09CV

MIDLAND CREDIT MANAGEMENT, INC.

## **COMPLAINT**

1. This is an action for actual, statutory and punitive damages, injunctive relief, costs and attorney's fees brought pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder, the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a, and common law.

2. This Court has jurisdiction. 15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3. Plaintiff is an individual who resides in North Haven Connecticut.

4. Plaintiff is a consumer within the meaning of the FDCPA.

5. Defendant is licensed as a Consumer Collection Agency by the Banking Department of the State of Connecticut.

6. Defendant attempted to collect on behalf of Midland Funding LLC which defendant represented had purchased his former GE Money Bank account.

7. On or before October 2, 2009, Defendant received notice that plaintiff was represented by counsel in connection with his alleged GE Money Bank account.

8. After notice of representation by counsel, defendant continued to communicate directly with plaintiff.

9. In the course of its collection, defendant violated §1692c, -e, or -f.

Second Count.

10. The allegations of the First Count are repeated and realleged as if fully set forth herein.

11. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, C.G.S. §36a 645 et seq., or the Consumer Collection Agency Act, C.G.S. § 36a 800 et seq.

12. Defendant has thereby committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42 110a et seq.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and further relief as law or equity may provide, including injunctive relief.

> THE PLAINTIFF
>
> BY____/s/ Joanne S. Faulkner___
> JOANNE S. FAULKNER ct04137
>     123 Avon Street
>     New Haven, CT 06511-2422
>     (203) 772-0395
>     faulknerlawoffice@snet.net