UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**LOUIS FAPPIANO**

    v.                                                      3:09cv2060(WWE)

**MIDLAND CREDIT MGMT INC.**

### ORDER

    The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before May 19, 2010

    If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before May 19, 2010

    The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7.

    IT IS SO ORDERED.

    Dated at Bridgeport, Connecticut, this 19th day of April, 2010.

                                                                    /s/
                                      WARREN W. EGINTON
                                      Senior United States District Judge